## EXHIBIT 1

| Name | Settlement Payment |
|---|---|
| Alejardro Grande | $2,000.00 |
| Amadeo Cipriano | $500.00. |
| Ana Carreto | $6,600.00 |
| Anthony Rose | $100.00 |
| Bassirou Dieng | $1,200.00 |
| Bernardino Duran Torres | $3,016.25 |
| Farah F. Boulin | $100.00 |
| Hamimi Hasnae | $1,380.00 |
| Jamie L. Albano | $825.00 |
| Mark Greiss | $3,150.00 |
| Miguel Valencia | $7,800.00 |
| Momar Thiam | $100.00 |
| Nada Ennasser | $900.00 |
| Nicolas Sanchez | $2,000.00 |
| Omar Perez | $2,212.50 |

**TOTAL OF ALL CLAIMS**     $31,383.75