# Virginia & Ambinder, LLP

**Invoice submitted to:**
Cafe Metro

111 Broadway, Suite 1403
New York, NY  10006

August 10, 2011

Invoice #12196

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/22/2010 | ME | Researched existing claims against Cafe Metro | 0.50 | |
| | LC | with Ana Carreta (Mexican Consulate) for intake and retainer for FLSA OT case against cafe Metro et. al. | 1.70 | |
| | LC | with ME re her research for potential class actions already started against Cafe Metro | 0.20 | |
| | ME | Researched corporate entities related to Cafe Metro, possible claims; discussed findings w. LC | 0.80 | |
| | LC | with Ana Carreta (Mexican Consulate) to meet her husband on Sunday at 10:00 for intake on OT case against Cafe Metro et. al. | 0.20 | |
| | LC | class action complaint for FLSA OT | 0.50 | |
| | LC | Class Action Complaint | 0.40 | |
| | LC | with LA re complaint - which defendants to include in caption, and facts of case | 0.40 | |
| | LC | with LA re caption and named defendants | 0.30 | |
| | ME | Researched complaint involving Lex Bakery Cafe d/b/a Metro Cafe | 0.50 | |
| | ME | Researched potential defendant "Metro Rock Corp" | 0.30 | |
| | ME | Researched potential defendant "120 East Bakery Corp," liquor licenses for other defendants and corporate officers | 0.70 | |
| | ME | Researched potential defendant "STManagement" | 0.20 | |
| 7/23/2010 | ME | Conf w. LC re: named defendants, complaint, venue, etc | 0.20 | |
| | ME | Federal Rules re: proper venue | 0.20 | |
| | LC | with ME about her research re defendants' different corporate names and which ones should be listed in caption. | 0.20 | |
| | LC | complaint | 1.50 | |
| | LC | BCL letter | 0.30 | |
| | LRA | Researched Cafe Metro and S.T. Management | 1.40 | |
| 7/25/2010 | LC | with new client for intake and retainer | 2.50 | |
| 7/26/2010 | LC | complaint to now include Miguel Carreto | 0.40 | |
| | LC | for more corporate names to add to complaint (based on Miguel Carreto's paychecks) | 0.30 | |
| | LC | with LA and ME re number of defendant corporations, whether they should all appear on caption and serving them all | 0.30 | |
| | ME | Researched corporate entities and store locations; created spreadsheet detailing same; conf. w. LC re: same | 1.30 | |
| | LC | complaint | 0.20 | |
| | LC | complaint to add parties (numerous corporate defendants) | 1.00 | |
| | LC | with LA and Anan Carreto do discuss facts of case and copy documents | 0.40 | |
| | LRA | Attended meeting with LC and named plaintiff Anna ____ re claim. | 0.80 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/28/2010 | LC | complaint | 0.20 | |
| | LC | final review of complaint before filing | 0.30 | |
| | LC | BCL letter - added correct corporation and name of second named plaintiff Miguel Carreto | 0.10 | |
| 7/29/2010 | LC | created and organized physical file | 0.20 | |
| | IG | the complaint | 0.40 | |
| | LC | final before filing | 0.50 | |
| 7/30/2010 | IG | summons & complaint in SDNY | 0.30 | |
| | IG | summons & civil cover for filing in SDNY | 0.10 | |
| | IG | Served 8 corporations via Colby | 0.10 | |
| | IG | Attention to: served Steve Tenedios via Gotham | 0.10 | |
| 8/2/2010 | LC | with defense attorney re service via email and facts in complaint | 0.20 | |
| | LC | with defense counsel re service via email | 0.20 | |
| | LC | with RE to stop Gotham from serving defendants, as summons & complaint served via email as per defense counsel | 0.10 | |
| | LRA | Telephone conference with Hoffman, office with LC | 0.20 | |
| 8/3/2010 | LC | called Miguel A. Valencia back re his joining case - left message | 0.10 | |
| | LC | with Named Plaintiff Miguel Angel Valencia re other potential class members | 0.20 | |
| 8/4/2010 | LC | with defense counsel re service of summons and complaint | 0.10 | |
| 8/17/2010 | LC | with LA re service for purposes of BCL and dates for settlement conference as per defense counsel's request | 0.20 | |
| | LC | with defense counsel re dates for settlement conference as per defense counsel's request | 0.20 | |
| 8/19/2010 | LC | scanned affidavit of service for Steve Tenedios into system | 0.10 | |
| | LC | printed docs and organized file | 0.40 | |
| | ME | Conf. w. LC re: proper service/filing of complaint | 0.20 | |
| 8/25/2010 | LC | with LA and defense counsel re settlement possibilities and collective certification | 0.60 | |
| | LC | spoke to Ana Carreto re others coming forward to join case | 0.20 | |
| 9/7/2010 | LC | with Ana Carreto re status of case | 0.20 | |
| 9/15/2010 | LC | with defense counsel re possibility of settlement and initial conference | 0.30 | |
| | LC | order/notice of initial conference | 0.30 | |
| 9/17/2010 | LC | proposed Management Plan | 0.70 | |
| 9/20/2010 | LC | with defense counsel with revised proposed Management Plan | 0.10 | |
| | LC | had to revise proposed Management Plan, given trial date ordered by Judge | 0.40 | |
| | LC | with court re case management plan filed in error | 0.20 | |
| | LC | with defense counsel with revised discovery plan attached for review and filing | 0.20 | |
| | LC | with LaDonna re Proposed Management Plan and initial conference | 0.30 | |
| | LC | with defense counsel re Proposed Management Plan and initial conference | 0.20 | |
| | LC | PLaintiffs' Rule 26 Disclosures | 0.80 | |
| | LC | Judge's Initial Conference Order | 0.20 | |
| 9/23/2010 | LC | called Glenn Grindlinger back re ss #s | 0.10 | |
| | LC | with LL, LA and defense counsel re tomorrow's conference | 0.20 | |
| | LML | Reviewed file and prepared for court conference | 2.00 | |
| 9/24/2010 | LC | and file review with LaDonna in lieu of court conference | 0.20 | |
| | LC | initial conference | 1.80 | |

Cafe Metro

Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---|
| 9/24/2010 | LC | with LL and defense counsel re accepting Judge's Schedule for Discovery | 0.20 | |
| | LC | with LL and LA re accepting Judge's Schedule for Discovery | 0.20 | |
| | LC | with LL, defense counsel and court re accepting Judge's Schedule for Discovery | 0.20 | |
| | LML | prepared for and attended court conference; drafted and ECF'd notice of appearance; tele conf w/ court and d's attrny re scheduling order; reviewed file | 3.80 | |
| 9/28/2010 | LC | called Ana Carreto to discuss other putative class members, left message to call me back | 0.10 | |
| | LC | with Ana Carreto re status of case and meeting with defense counsel on Friday | 0.30 | |
| | LC | with LL re conversation with Anan Carreto re putative class members | 0.40 | |
| | LML | Email correspondence with d's attrny re dates for settlement talks; office conf w/ LC re case status and client's info; note to file | 1.10 | |
| 9/29/2010 | LC | with LA and LL re tomorrow's meet and confer | 0.30 | |
| 10/1/2010 | LML | meeting with defendant and d's attrny re settlement and 216(b) stipulation; office conf w/ LA re same | 2.00 | |
| 10/4/2010 | LC | Ps' Discovery Demands | 1.30 | |
| 10/5/2010 | LC | Plaintiffs' Discovery demands | 0.40 | |
| | LC | with LA, LL and defense counsel | 0.40 | |
| 10/6/2010 | LC | with LL re Ps' discovery demands | 0.20 | |
| | LML | Attended office conference with LC re discovery demands | 0.30 | |
| 10/7/2010 | LML | Revised discovery demands | 1.10 | |
| 10/12/2010 | LML | Telephone conference with d's attrny re stipulating to 216(b) certification; review file | 0.70 | |
| 10/14/2010 | LC | with Ana Carreto re status of case | 0.20 | |
| 10/18/2010 | LC | complaint for addresses at which PLaintiffs worked | 0.20 | |
| | LRA | Reviewed docket, file, court rules. Drafted proposed notice, FLSA collective action stipulation, consent to join form. Call to Hoffman. Office conference with LC re projects identified in notice and stipulation | 4.30 | |
| 11/4/2010 | LRA | Attention to correspondence from Hoffman re class certification stipulation | 0.60 | |
| | LML | Revised/reviewed d's letter agreement regarding Rule 23 certification; office conf w/ LA, JM re same | 1.30 | |
| 11/15/2010 | LC | Attended conference with LA, LL and JM re 216b motion. Called clients. | 0.40 | |
| 11/23/2010 | LC | Attended conference with LA re additional opt-ins | 0.10 | |
| | LC | Telephone conference with Miguel Angel re putative class members and meeting to discuss opting in | 0.30 | |
| | LC | Attended conference with LA and LL re meeting with putative class members next week | 0.10 | |
| 11/29/2010 | LC | with Ana Carreto to meet with new putative class members | 0.20 | |
| | LC | Attended conference with LA re meeting with putative class members | 0.10 | |
| 12/2/2010 | LC | Attended conference with LL and LA re whether or not to agree to stipulation about 216b with defense counsel and meeting with potential class members on Sunday | 0.30 | |
| | YP | Teleconfrence with Ana Carreto | 0.10 | |
| | YP | Teleconfrence with Miguel Angel | 0.10 | |
| | LML | Attended office conference with LA and LC re 216(b) stipulation and Rule 23 motion and requirements and meeting with new opt-ins | 0.40 | |

Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/5/2010 | LC | Attended meeting with clients for consent to joins and affidavits | 4.30 | |
| | LML | Attended meeting with client; drafted 216(b) affidavit | 2.50 | |
| 12/6/2010 | LC | Attended conference with LA and LL re yesterday's meeting with class members and 216b motion | 0.40 | |
| | MT | Attention to prepare a reimbursement form in order to issue a check to cover transportation expenses paid by L. Coyle, obtaining required approvals and signatures, updating files, etc. | 0.20 | |
| | LC | with Ana Carreto for meeting for affidavit in support of 216b | 0.20 | |
| | LML | office conf w/ LA re meeting with client and 216(b) motion | 0.40 | |
| 12/8/2010 | LRA | Office conference with LL re new claimants, Telephone conference with Hoffman re 216b | 0.90 | |
| | LML | tele conf with d's attorny re 216(b) stipualtion v. motion; reviewed worker affidavits and file in Preparation for conference | 1.00 | |
| 12/9/2010 | LC | Attended conference with LL re status of case and notices to go out | 0.10 | |
| | LC | Attended conference with LL re locations to be included in mailing lists | 0.30 | |
| | LC | Attention to correspondence from LL re locations to be included in list | 0.10 | |
| | LC | Attended conference with LL, LA and KB re defense counsel's email about adding one more location | 0.20 | |
| | LML | reviewed file; email to d's attorny re locations were plaintiffs worked for 216(b) stipualtion; office conf w/ LA and LC re same and 216(b) motion | 1.50 | |
| 12/17/2010 | LRA | Prepared for and attended meeting with Hoffman and client | 2.40 | |
| | LRA | Prepared for and attended meeting with Andrew Hoffman re Cafe Metro | 2.30 | |
| 12/22/2010 | LC | Attended conference with LA, LL re number of stores to be included for notice purposes. Reviewed Documents for this purpose | 0.30 | |
| | LC | Telephone conference with LL, LA and defense counsel re number of stores to be included for notice purposes, issue with delivery personnel be included in case and minimum wage claims (amended complaint) | 0.30 | |
| | LML | Telephone conference with d's attrny re stipulating to 216(b); review file | 0.50 | |
| 1/14/2011 | LML | Revised notice, 216(b) stipulation and consent to join form; tele conf w/ d's attrny re changes to same; finalize and email docs to d's attrny | 2.70 | |
| 1/18/2011 | LML | Emailed consent to magistrate to court | 0.40 | |
| 1/19/2011 | LC | Attended conference with LL re changes to notice by defense counsel | 0.20 | |
| | LRA | Performed following tasks regarding class action notice: reviewed P's proposed notice and D's comments and suggested revisions. Directed LL re approved and disapproved comments | 0.30 | |
| | LML | Revised stipulation and notice to class; emails with d's attrny re same; office conf with LA re same | 1.00 | |
| 1/24/2011 | LML | Reviewed judge's denial of motion to refer to magistrate; review d's changes to notice; office conf w/ LA re same | 0.50 | |
| 1/25/2011 | LRA | Performed following tasks regarding court appearance: telephone conference with court twice re filing 216b stipulation. Tele conference with Hoffman re final changes to settlement agreement. Drafted and tranmitted revised letter from LL to Hoffman | 1.30 | |
| | LML | Telephone conference with court and d's attrny re 216(b) stipulaiton; notice and consent; revised notice; draft letter to court re same | 2.00 | |
| 2/4/2011 | LC | Performed translation in connection with Notice of pendency and consent to join | 1.20 | |
| | LC | Reviewed and scanned Judge's signed order re notice and consent to join | 0.20 | |
| | LC | Performed translation in connection with Notice and Consent to Join | 2.10 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/2011 | LRA | Performed following tasks regarding court appearance: prepared for and engaged in two telephonic court conferences re collective certification. Telephonic conferences with Hoffman re mailing lists. Corresponded with FRG re: notice. Office conference with staff re expediated notice and preparing | | |
| | LRA | Attention to file re class members and office conf with LL re class notice | 0.40 | |
| | LML | Telephone conference with court and d's attrny re 216(b) stipulation and notice; revised stip and notice; office conf w/ LA re same; tele conf w/ d's attrny re discovery and mailing list | 2.20 | |
| 2/6/2011 | LRA | Attention to file. Reviewed mailing list and made preparations for publish notice | 1.00 | |
| 2/7/2011 | LC | Performed translation in connection with Notice of Pendency | 3.00 | |
| | LC | Performed translation in connection with notice and consent to join | 0.50 | |
| | LC | Performed translation in connection with Notice and Consent to Join | 0.40 | |
| | LC | Performed translation in connection with notice and consent to join | 0.50 | |
| 2/9/2011 | LML | Email correspondence with d's attrny re notice and mailing list and translations for notice; emails with LC re translations of notice | 0.40 | |
| 2/10/2011 | LC | Revised Cafe Metro Notice of Pendency in Spanish | 0.50 | |
| | LC | Attention to correspondence from LaDonna re corrections to Notice of Pendency in Spanish | 0.20 | |
| 2/18/2011 | LML | Revised/finalized notice and consent; emailed final docs and mailing list to FRG; tele conf w/ d's attrny re same | 1.00 | |
| 2/21/2011 | LC | Reviewed certified translations of Notice and Consent | 0.50 | |
| 2/22/2011 | LML | Email correspondence with FRG and d's attrny re notice; send notice to website | 0.50 | |
| 2/24/2011 | LC | Attended conference with LaDonna and support staff re Notices and how to handle phone calls we receive in response | 0.30 | |
| | YP | Attended meeting with staff | 0.30 | |
| | SR | conference regarding the procedures with which we should address the incoming calls from Cafe Metro workers regarding their Consent to Join forms | 0.25 | |
| | LRA | Telephone conference with class member re notice. Tele with Hoffman | 0.20 | |
| | LML | Telephone conference with potential claimant; tele conf w/ d's attrny and email re no solicitation; meeting with staff re notice and claim form and case status | 1.00 | |
| 2/25/2011 | IG | Attended meeting with LA & YF to discuss how to handle telephone calls from class members | 0.30 | |
| | YF | Conference w/ LL and IG regarding notice to class | 0.30 | |
| | LC | Attended conference with LL re filing of consent to joins | 0.20 | |
| | LML | Telephone conference with d's attrny re forwarding opt-in forms; office conf w/ YF and IG re notice and consent | 1.00 | |
| | JM | Go over incoming calls and worker intake procedures w/ YP, LC | 0.58 | |
| 2/28/2011 | LC | Attended meeting with Amadeo, who worked at 42nd Status of current matter. location and main hub on 38th Status of current matter. and was not paid all OT | 0.70 | |
| | LC | Attended meeting with opt-in Hasnea Hasimi for consent to join and intake | 0.50 | |
| | LC | Attended conference with LaDonna re new opt-in Hasnae Hasimi and her potential claim | 0.10 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/28/2011 | SR | ECF of three consent to join notices. Emailed those documents to D's attorney. | 0.50 | |
|  | LRA | Attended meeting with opt-in plaintiff, file review re claims made | 0.40 | |
|  | LML | Attended meeting with potential claimant re claim and opt-in; reviewed client's docs | 1.20 | |
| 3/1/2011 | LC | Telephone conference with potential opt-in who worked at several of the locations on notice and was not paid time and a half even though he worked over 40 hours a week. Will fill out consent to join and mail back | 0.20 | |
|  | YF | Spreadsheet of Consent to Joinder forms | 0.50 | |
|  | YF | Spreadsheet of Consent to Joinder forms | 0.50 | |
| 3/2/2011 | LC | Telephone conference with Hanae Nasimi, re paystubs she found from when she worked at different cafe metro locations | 0.20 | |
|  | LC | Telephone conference with potential opt-in re consent to join he received | 0.30 | |
|  | LC | Attended conference with LL, LA and JM re Saturday's 1:30pm meeting with potential opt-ins | 0.20 | |
|  | LML | Attended office conference with staff re opt-ins | 0.40 | |
| 3/3/2011 | IN | Attention to copying, scanning, saving into folders documents of Mr.Amadeo Cipriano | 0.58 | |
| 3/4/2011 | LC | Telephone conference with Amadeo re meeting with co-worker from main Cafe Metro store on Monday | 0.20 | |
|  | LC | Attended conference with LL re Monday's meeting with Amadeo Cipriano and others | 0.20 | |
|  | LRA | Attention to file and class list re claims made and completion for all discovery | 0.40 | |
|  | LML | Email correspondence  and tele conf w/ d's attrny re opt-ins to date | 0.40 | |
| 3/7/2011 | SK | I copied and scanned consents to join collective action for unpaid wages | 0.08 | |
| 3/8/2011 | LML | Reviewed file; email to d's attrny re opt-ins | 0.30 | |
| 3/9/2011 | LML | Reviewed file; email to d's attrny re opt-ins | 0.40 | |
| 3/10/2011 | LRA | Reviewed intakes and consent to join forms | 0.30 | |
| 3/11/2011 | LML | Revised notice of filing consents; ECF same; tele conf w/ d's attrny re discovery and number of consents to date | 0.70 | |
| 3/14/2011 | SR | ECF of consent to join forms | 0.25 | |
| 3/16/2011 | LC | Telephone conference with opt-ins re meeting | 0.20 | |
|  | LRA | Attended meeting with Dieng | 1.10 | |
|  | LC | Telephone conference with opt-in Alejandro re meeting to discuss his claim | 0.10 | |
|  | YF | Spreadsheet of client intakes | 0.50 | |
|  | YF | Spreadsheet of client intakes | 0.50 | |
|  | YF | Call 10 clients with LA | 1.50 | |
|  | LRA | Telephone conference with opt-in plaintiffs re individual claims. Meeting with Y Fishbeyn re opt-in interviews | 2.30 | |
|  | LML | Reviewed file; office conf w/ LA re opt-ins | 0.50 | |
| 3/17/2011 | LC | Attended conference with LL re intakes for opt-ins | 0.10 | |
|  | LC | Attended conference with LL and KB re case management | 0.40 | |
|  | LC | Attended conference with LA and LL re number of undeliverable notices | 0.20 | |
|  | LRA | Reviewed intakes | 0.30 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/17/2011 | LML | Telephone conference with client; emails with FRG re RPO's; office conf w/ LA re same | 0.70 | |
| 3/18/2011 | LRA | Attended office conference with YF anf LL re claims and intakes. Reviewed intakes | 0.50 | |
| 3/22/2011 | YF | ECF Consent form | 0.10 | |
| | YF | Draft Notice of Filing | 0.10 | |
| | YF | Copy and redact consent form | 0.10 | |
| | LRA | Performed following discovery-related tasks: reviewed documents and letter form D's counsel re discovery for opt-in plaintiffs. | 1.70 | |
| | LML | Telephone conference with client | 0.30 | |
| 3/23/2011 | LC | Attended conference with LL and LA re returned notices | 0.20 | |
| | LC | Telephone conference with Miguel Angel Valencia re Ana's new contact info | 0.20 | |
| | LML | Reviewed d's attrny discovery responses; office conf w/ LA | 0.70 | |
| | YF | Draft Notice of Filing | 0.20 | |
| | YF | Update spreadsheet with client joinder forms | 0.20 | |
| | YF | Efile consent forms | 0.20 | |
| 3/24/2011 | LC | Telephone conference with Antonio Romero - intake | 0.20 | |
| | LC | Called Miguel A Valencia and Ana Carreto again for Ana to come in and sign consent to join. Left voicemail | 0.20 | |
| | LC | coordination with named plaintiff to sign consent to join. Emailed her blank consent to join for her to send back | 0.30 | |
| | YP | Attention to Sorting documents and making redweld | 1.00 | |
| 3/28/2011 | LRA | Attended office conference with R. Anibal re claim | 0.90 | |
| | YP | Attended meeting with Ramon Anibal and lloyd | 1.00 | |
| | LML | Attended meeting with new opt-in | 0.40 | |
| 3/29/2011 | LRA | Reviewed intakes form class claimants | 0.30 | |
| 3/30/2011 | YF | ECF Consent to Joinder forms | 0.20 | |
| | YF | Draft Notice of Filing | 0.20 | |
| | YF | Update spreadsheet of consent to joinder forms | 0.20 | |
| | LML | Reviewed opt-ins and docs; emails with d's attrny re discovery | 0.70 | |
| 4/1/2011 | YP | Attention to organizing file | 1.00 | |
| | LML | Reviewed d's discovery docs; tele conf w/ d's attrny re discovery and opt-ins' claims | 1.20 | |
| 4/4/2011 | LML | Attended meeting with opt-in; tele conf w/ d's attrny re discovery responses | 0.60 | |
| 4/8/2011 | YP | Attention to organizing redweld adding new consent to joinders, preparing labels for file folders. | 2.00 | |
| 4/11/2011 | YP | Attention to filing several consent to joinder, creating folders | 0.20 | |
| 4/12/2011 | YP | Attention to sorting defendants discovery, calling 3 clients, creating file folders and filings consent to joinders | 2.00 | |
| 4/14/2011 | LML | Reviewed d's discovery responses | 0.70 | |
| | LML | Reviewed d's discovery responses | 0.70 | |
| 4/18/2011 | LC | revised YP's letter to Ana carreto in Spanish re consent to join form | 0.30 | |
| 4/19/2011 | YP | Telephone conference with Michael Williams | 0.20 | |
| 4/20/2011 | YP | Attention to mailing consent to joinder reg mail and certified | 0.20 | |
| 4/26/2011 | YF | Update spreadsheet of consent to join forms | 0.20 | |
| | YF | ECF Consent to Join form | 0.20 | |
| | YF | Draft Notice of Filing | 0.20 | |
| | YF | Scan and Redact Consent to Join forms | 0.20 | |
| 4/27/2011 | LML | Reviewed new opt-in; email to d's re same | 0.40 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/4/2011 | LC | Telephone conference with Miguel Valencia re status of case and his new phone number | 0.20 | |
| 5/9/2011 | LML | Reviewed file; tele conf w/ d's attrny re settlement; office conf w/ ML re client intakes and discovery | 1.00 | |
|  | ML | Created spreadsheet of Ps' claims | 3.25 | |
| 5/10/2011 | LML | Email correspondence   with d's attrny re settlement meeting | 0.30 | |
|  | ML | Scanned & filed consent to joinder via ECF | 0.10 | |
|  | ML | Scanned and filed consent to joinder form via ECF | 0.10 | |
| 5/12/2011 | LC | Telephone conference with opt-in plaintiff re his employment with defendants | 0.20 | |
|  | YP | Intake with client/class member Nicholas Sanche | 0.30 | |
|  | ML | Called plaintiffs and conducted intakes over the phone | 2.10 | |
|  | LML | Reviewed summary of opt-ins; emails with d's attrny re settlement | 0.30 | |
| 5/13/2011 | YP | Intake with client/class member 2 class members | 0.30 | |
| 5/15/2011 | LRA | Prepared for settlement meeting on 5-17. Reviewed all worker intake, YF's damage calculations/spreadsheets and Cafe Metro's payroll information for each of the claimants. | 3.40 | |
| 5/16/2011 | ML | Called plaintiffs re intakes and updated plaintiff info spreadsheet | 0.50 | |
| 5/17/2011 | YP | Intake with client/class member Omar Perez | 0.50 | |
|  | LRA | Prepared for and  attended meeting with Hoffman | 2.50 | |
|  | LML | Reviewed file; settlement w/ d's attrny | 2.00 | |
| 5/18/2011 | ML | Called plaintiffs and left messages re intakes | 0.20 | |
| 5/19/2011 | ML | Updated the plaintiff information spreadsheet | 0.20 | |
| 6/6/2011 | LRA | Performed following tasks with respect to settlement: reviewed notes form meeting with D's counsel. letter to counsel re settlement offer | 0.20 | |
| 6/8/2011 | ML | Spoke with opt-in plaintiff regarding consent to joinder form and updated spreadsheet with plaintiff's new contact information | 0.20 | |
| 6/9/2011 | LRA | Performed following tasks with respect to settlement: reviewed defendant counsel's individual offers and compared to settlement meeting notes.  Office conference with L Lusher re individual intakes. Drafted and transmitted letter to individual opt-in plaintiffs with the offer statement. | 1.40 | |
|  | LML | Reviewed d's settlement offers and letter; revised letter to claimants re settlement | 0.50 | |
| 6/13/2011 | LRA | Attention to file re outstanding settlement offers form defendants | 0.80 | |
| 6/14/2011 | LRA | Performed following tasks with respect to settlement: meeting with LL, reviewed outstanding offers form Defendants.  calculated Diallo's claim, call to Diallo re same | 0.90 | |
|  | LML | Reviewed file re settlement; tele conf w/ claimant re settlement offer; office conf w/LA re same | 1.30 | |
| 6/15/2011 | LRA | Telephone conference with B. Duran Torres re settlement. Reviewed D's payroll, call to opt-in plaintiff.  Reviewed employment history at catering facility and at subject restaurants.  Calculated initial demand based solely on Torres claim.  Transmitted e-mail to D's counsel re settlement | 0.80 | |
|  | LML | Attended meeting with client re settlement and case status; reviewed file; office conf w/ LA re same | 1.50 | |
| 6/20/2011 | LRA | Attended meeting with Lusher, reviewed offers by D's and acceptances to date.  Placed calls to remaining opt-in workers. Revised settlement matrix | 1.10 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/2011 | LML | Reviewed file re settlement offers to opt-ins and responses from clients; office conf w/ LA re same | 1.00 | |
| 6/21/2011 | LML | Reviewed file re settlement; tele conf w/ M. Valencia, J. Bolena, B. Duran re settlement offers; draft letter to clients re settlement offers; note to file | 2.50 | |
| | LRA | Reviewed documents in connection with Cafe Metro offers. Call to opt-in plaintiffs re outstanding offers. Meeting with Lusher re remaining claimants | 0.80 | |
| | YP | Attention to translating for ladonna, translating letter and mailing out | 2.50 | |
| 6/22/2011 | LC | conference with LL re settlement offer and discussions with clients re such | 0.10 | |
| | LC | Telephone conference with Miguel Valencia re settlement offer and what it is based on (10 hours each week at 412 per hour for 65 weeks) | 0.30 | |
| 6/23/2011 | LC | Attention to correspondence from LL to defense counsel re settlement status | 0.10 | |
| | LML | Telephone conference with client re settlement; reviewed file | 0.50 | |
| 6/24/2011 | YP | Performed translation in connection with letters sent out | 0.50 | |
| | LML | Telephone conference with O. Perez and A. Cipriano re claim and settlement offer; reviewed file; note to file | 1.70 | |
| 7/5/2011 | LC | Telephone conference with Ana Carreto and LL re settlement offer and whether she wants to accept | 0.20 | |
| | LML | Drafted letter to d's attrny re settlement offers; reveiwed file re same; tele conf with clients H. Hasnae, A. Rose, A. Carreto and B. Dieng re d's offers | 3.50 | |
| | LML | Researched case law on absent opt-ins and settlement | 1.30 | |
| 7/6/2011 | LML | Email correspondence with d's attrny re settlement offers; tele conf w/ M. Greiss re settlement offer; note to file re same | 1.20 | |
| | LRA | Attended meeting with LL re status of offers, settlements, and counterclaims | 1.10 | |
| 7/8/2011 | LML | Telephone conference with d's attrny re settlement offers and pre-trial conference; reviewed Judge's rules re pre-trial conference; reviewed d's letter re revised settlement offers to clients; office conf w/ LA re same | 1.20 | |
| | LRA | Reviewed Hoffman letter re counterclaims, research re settlement or dismissal of missing FLSA opt-ins | 0.80 | |
| 7/11/2011 | YP | Telephone conference with clients regarding settlement | 0.50 | |
| | LC | Telephone conference with LL and plaintiff Amadeo Cipriano re settlement offer | 0.20 | |
| | LML | Telephone conferences with O. Perez, A. Cipriano, A. Grande, N. Sanchez, M. Griess re d's settlement offer; tele conf w/ d's attrny re same; office conf w/ LA re same | 2.10 | |
| 7/12/2011 | LML | Prepared for and attended court conf; note to file re settlement amounts for claimants; tele conf and emails with d's attrny re settlement | 4.80 | |
| 7/14/2011 | LC | Telephone conference with Valencia re status of settlement | 0.20 | |
| 7/18/2011 | MT | Receipt, review and consideration of invoice received from PACER pertaining to public access to Court Electronic Records, prepared and submitted payment, updated books and files | 0.10 | |
| | YP | Telephone conference with Bernardino regarding settlement | 0.20 | |
| 7/22/2011 | LML | Drafted settlement agreement | 2.40 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2011 | LRA | Reviewed and revised Lusher's settlement agreement re release and stipulation | 0.90 | |
| | LML | Drafted settlement agreement; reviewed file | 3.00 | |
| 8/9/2011 | MT | Receipt, review and consideration of invoice received from LexisNexis pertaining to the legal research fees, prepared and submitted payment, updated books and files | 0.10 | |
| | MT | Attended office conference with YF re phone call from a client | 0.10 | |
| | MT | Attended office conference with LL re billing rates | 0.10 | |
| | | **For professional services rendered** | **196.70** | **$70,164.84** |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/30/2010 | $Court Fee | 350.00 |
| 8/12/2010 | Service of Process Fee | 440.00 |
| 9/7/2010 | Service of Process Fee | 120.00 |
| | Service Fee/ Gotham | |
| | Service of Process Fee | 120.00 |
| | Service Fee/ Gotham | |
| | Service of Process Fee | 35.00 |
| | Service Fee/ Gotham | |
| 12/6/2010 | $Transportation | 22.22 |
| | LC | |
| 1/24/2011 | Service of Process Fee | 1.60 |
| | Service Fee/PACER | |
| 2/24/2011 | $Translation | 60.00 |
| | GES Translation Services | |
| 7/18/2011 | $Legal Research | 1.12 |
| | PACER | |
| 8/9/2011 | $Legal Research | 3.08 |
| | LexisNexis | |
| | **Total costs** | **$1,153.02** |

| | |
|---|---|
| **Total amount of this bill** | **$71,317.86** |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lloyd Ambinder | 39.00 | 495.00 |
| Maria Tokarz | 0.60 | 150.00 |
| Sumana Ramakrishnan | 1.00 | 95.00 |
| Yelena Fishbeyn | 6.10 | 95.00 |
| Isabel Gardocki | 1.30 | 175.00 |
| Iwona Ner | 0.58 | 95.00 |
| James Murphy | 0.58 | 395.00 |
| LaDonna Lusher | 73.70 | 395.00 |
| Leonor Coyle | 49.30 | 350.00 |
| Myriam Elamraoui | 4.90 | 200.00 |
| Marissa Levy | 6.65 | 150.00 |
| Sylwia Korenfeld | 0.08 | 150.00 |

Cafe Metro

Page    11

| Name | Hours | Rate |
|---|---|---|
| Yeskenia Polanco | 12.90 | 95.00 |